IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01011-WYD-BNB

JAMES R. MOORE,

Plaintiff,

v.

COUNTY OF JEFFERSON,
FAYE GRIFFIN, individually and in her capacity as the County commissioner of the County of Jefferson,
J. KEVIN MCCASKY, individually and in his capacity as the County commissioner of the County of Jefferson, and
KATHY HARTMAN, individually and in her capacity as the County commissioner of the County of Jefferson,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Defendants' Unopposed Motion to Clarify Response Deadline** [docket no. 5, filed May 11, 2010] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and defendants shall answer or respond to the plaintiff's Complaint on or before **May 17, 2010**.


DATED: May 12, 2010