**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 10-cv-01011-WJM-BNB

JAMES R. MOORE,

    Plaintiff,

v.

COUNTY OF JEFFERSON;
FAYE GRIFFIN, individually and in her capacity as County Commissioner of the County of Jefferson;
J. KEVIN McCASKY, individually and in his capacity as a County Commissioner of the County of Jefferson; and
KATHY HARTMAN, individually and in her capacity as a County Commissioner of the County of Jefferson,

    Defendants.

---

**ORDER GRANTING STIPULATED MOTION TO DISMISS FAYE GRIFFIN, J. KEVIN McCASKY, and KATHY HARTMAN WITH PREJUDICE**

---

    This matter comes before the Court on the Stipulated Motion to Dismiss Faye Griffin, J. Kevin McCasky, and Kathy Hartman, filed April 25, 2011, (ECF No. 34). The Court being fully advised, hereby ORDERS as follows:

    The Stipulated Motion to Dismiss a Party is GRANTED. Defendants Faye Griffin, J. Kevin McCasky, and Kathy Hartman are DISMISSED WITH PREJUDICE, in their individual and official capacities. Each party shall pay his or her own attorney's fees and costs.

Dated this 26th day of April, 2011.

BY THE COURT:

William J. Martínez
United States District Judge