**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No.  10-cv-01011-WJM-BNB

JAMES R. MOORE,

    Plaintiff,

v.

COUNTY OF JEFFERSON;

    Defendant.

---

**ORDER GRANTING STIPULATED MOTION TO DISMISS THE COUNTY OF JEFFERSON WITH PREJUDICE**

---

This matter comes before the Court on the Parties' Stipulated Motion to Dismiss the County of Jefferson, filed June 1, 2011, (ECF No. 41).  The Court being fully advised, hereby ORDERS as follows:

The Stipulated Motion to Dismiss the County of Jefferson is hereby GRANTED.  The County of Jefferson, Colorado is hereby DISMISSED WITH PREJUDICE, and as a result this case is Dismissed with prejudice in its entirety.  Each party shall pay his or its own attorneys' fees and costs.

Dated this 2nd day of June, 2011.

BY THE COURT:

_____
William J. Martínez
United States District Judge